# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-345-GCM

| | |
|---|---|
| TRUE HOMES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CMH MANUFACTURING, INC. and CMH SERVICES, INC., <br><br> Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Thomas W. Thagard III** filed October 19, 2018 (Doc. No. 20).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby **grants** the motion.

In accordance with Local Rule 83.1(B), Mr. Thagard is admitted to appear before this court *pro hac vice* on behalf of Defendants, CMH Manufacturing, Inc. and CMH Services, Inc..

**IT IS SO ORDERED.**

Signed: October 22, 2018

Graham C. Mullen
United States District Judge