# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-345-GCM

| | |
|---|---|
| **TRUE HOMES, LLC,**<br><br>   Plaintiff,<br><br>v.<br><br>**CMH MANUFACTURING, INC.** and **CMH SERVICES, INC.,**<br><br>   Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Scott S. Brown,** filed October 19, 2018 (Doc. No. 19).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby **grants** the motion.

In accordance with Local Rule 83.1(B), Mr. Brown is admitted to appear before this court *pro hac vice* on behalf of Defendants, CMH Manufacturing, Inc. and CMH Services, Inc..

**IT IS SO ORDERED.**

Signed: October 22, 2018

Graham C. Mullen
United States District Judge