IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18CV345

| | | |
|---|---|---|
| TRUE HOMES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CMH MANUFACTURING, INC., and | ) | |
| CMH SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court upon Defendant CMH Services, Inc.'s Motion to Dismiss for lack of personal jurisdiction, or in the alternative, failure to state a claim upon which relief can be granted. The Court has reviewed the filings of the parties and will hold this motion in abeyance to allow the Plaintiff to conduct discovery as to the personal jurisdiction issue raised by this Defendant. The Court will then review the matter under a preponderance of the evidence standard. Plaintiff shall have 60 days in which to conduct this discovery.

IT IS SO ORDERED.

Signed: August 27, 2019

Graham C. Mullen
United States District Judge