# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:18-CV-345-KDB-DCK

| | |
|---|---|
| TRUE HOMES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CMH MANUFACTURING, INC., et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 82) filed by Megan E. Sneed, concerning James C. Lester on May 1, 2020. James C. Lester seeks to appear as counsel *pro hac vice* for Defendants CMH Manufacturing, Inc., CMH Homes, Inc., Clayton Homes, Inc., Clayton Properties Group, Inc., 21st Mortgage Corp., and Vanderbilt Mortgage & Finance, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 82) is **GRANTED**. James C. Lester is hereby admitted *pro hac vice* to represent Defendants.

Signed: May 1, 2020

David C. Keesler
United States Magistrate Judge