# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:18-CV-345-KDB-DCK

| | |
|---|---|
| **TRUE HOMES LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **CMH MANUFACTURING, INC., and CMH HOMES, INC.,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** regarding a discovery dispute between the parties. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and the "Revised Case Management Order" (Document No. 62).

Having carefully considered the arguments of counsel during telephone conferences on September 3, 2020 and November 10, 2020, the record, applicable authority, and the parties' informal written submissions, the undersigned will order that Defendants provide discovery responses as directed during the Court's most recent conference. Specifically, Defendants shall provide the sales and profit data requested by Plaintiff for the following states: North Carolina, South Carolina, New York, New Jersey, Virginia, Florida, and Maryland.

**IT IS, THEREFORE, ORDERED** that Defendants shall provide responses as directed herein and during the telephone conference held on November 10, 2020. Defendants shall provide this information on or before **December 15, 2020**.

**SO ORDERED**.

Signed: November 10, 2020

David C. Keesler
United States Magistrate Judge