# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| True Homes, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:18cv345-KDB-DCK |
| CMH Manufacturing, Inc. and CMH Homes, Inc., | ) | |
| Defendants. | ) | |

## ORDER ON OBJECTIONS TO DEPOSITION DESIGNATIONS

This matter is before the Court on the Parties' Objections to Deposition Designations, Doc. No. 192. At the request of the Court at the pretrial conference on March 22, 2021, the Parties have provided the Court with a revised summary of their objections that is limited to those depositions that the Parties foresee may be introduced into evidence and those objections they continue to assert. The Court rules on those objections as follows:

| Witness | Designation | Page and Line Number | Objections | Ruling on Objections |
|---|---|---|---|---|
| Connerley, Robert | Plaintiff - Counter Designation | 14:21 - 15:16 | 15:10-16 - FRE 401 Not Relevant | Overruled |
| Connerley, Robert | Plaintiff - Counter Designation | 24:12 - 25:16 | FRE 611 - Repetitive of 25:17-23 | Overruled |
| Connerley, Robert | Plaintiff - Counter Designation | 27:6 - 27:19 | FRE 401/402 - Not Relevant | Overruled |
| Connerley, Robert | Plaintiff - Counter Designation | 27:25 - 28:4 | FRE 401/402 - Not Relevant | Overruled |
| Connerley, Robert | Plaintiff - Counter Designation | 28:21 - 28:23 | FRE 401/402 - Not Relevant | Overruled |

| Witness | Designation | Page and Line Number | Objections | Ruling on Objections |
|---|---|---|---|---|
| Connerley, Robert | Plaintiff - Counter Designation | 32:17 - 33:3 | FRE 401/402 - Not Relevant | Overruled |
| Connerley, Robert | Plaintiff - Counter Designation | 35:5 - 36:4 | 35:13-36:4 - FRE 611 Cumulative/Repetitive | Overruled |
| Connerley, Robert | Plaintiff - Counter Designation | 36:15 - 36:21 | FRE 611 Cumulative/Repetitive | Overruled |
| Connerley, Robert | Plaintiff - Counter Designation | 41:13 - 42:12 | FRE 401/402 - Not Relevant | Sustained as to 41:13-42:1 until the damages phase of the trial; otherwise overruled |
| Duncan, Michael | Defendants Counter Designation | 164:11-164:14 | FRE 801. Hearsay | Sustained. The witness may testify to his own experience (line 11) but not what "retailers" have told him. |
| Duncan, Michael | Defendants Counter Designation | 56:1-56:9 | FRE 801. Hearsay | Overruled |
| Duncan, Michael | Defendants Counter Designation | 57:22-58:3 | FRE 801. Hearsay | Sustained. Testimony should not be read beginning at line 19. |
| Duncan, Michael | Defendants Counter Designation | 66:21-66:25 | FRE 801. Hearsay | Sustained. Testimony should not be read beginning at line 19. |
| Duncan, Michael | Defendants Counter Designation | 165:24-166:3 | FRE 801. Hearsay | Sustained. Double Hearsay (testimony re what retailers say that customers said). |
| Duncan, Michael | Plaintiff- Designation | 124:12 - 124:17 | FRE 602: Improper hypothetical. Calls for speculation and assumes facts not in witness' personal knowledge. | Overruled |
| Duncan, Michael | Plaintiff- Designation | 124:22 - 125:8 | FRE 602: Improper hypothetical. Calls for speculation and assumes facts not in witness' personal knowledge. | Overruled |

| Witness | Designation | Page and Line Number | Objections | Ruling on Objections |
|---|---|---|---|---|
| Holdbrooks, Keith | Plaintiff-Designation | 32:13 - 32:16 | FRE408: Privileged Settlement Negotiations. Depending on how the Court rules on the pending Motion in Limine regarding the settlement of the Preliminary Injunction Motion, this subject matter might be excluded. | Sustained. This testimony contains no specific reference to the Parties Settlement Agreement but does reference the lawsuit as the reason for the change in the mark. The answer "Yeah" should still be read. |
| Holdbrooks, Keith | Plaintiff-Designation | 33:13 - 33:17 | FRE408: Privileged Settlement Negotiations. Depending on how the Court rules on the pending Motion in Limine regarding the settlement of the Preliminary Injunction Motion, this subject matter might be excluded. | Sustained. |
| Holdbrooks, Keith | Plaintiff-Designation | 46:14 - 47:14 | FRE401: 47:1-3: Improper. Irrelevant. Incorporate lawyer objections which are not proper evidence. | Overruled (the lawyer's objection clarifies the testimony) |
| Holdbrooks, Keith | Plaintiff-Designation | 54:9 - 54:9 | FRE402: Improper. Irrelevant. Designates lawyer commentary. Not proper evidence. | Overruled |
| Holdbrooks, Keith | Plaintiff-Designation | 59:15 - 59:20 | FRE401. 59:19: Improper. Irrelevant. Includes lawyer commentary. Not proper evidence. | Overruled (the lawyer's objection clarifies the testimony) |
| Holdbrooks, Keith | Plaintiff-Designation | 66:1 - 66:6 | FRE401: Irrelevant. Prefabulous was the subject of an advertisement campaign for Clayton.com and did not relate to TRU or the facts of this case. | Sustained. 65:15-22 also should not be read. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Holdbrooks, Keith | Plaintiff-Designation | 66:10 - 66:11 | FRE401: Irrelevant. Prefabulous was the subject of an advertisement campaign for Clayton.com and did not relate to TRU or the facts of this case. | Sustained. 65:15-22 also should not be read. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |

| Witness | Designation | Page and Line Number | Objections | Ruling on Objections |
|---|---|---|---|---|
| Holdbrooks, Keith | Plaintiff-Designation | 66:14 - 66:15 | FRE401: Irrelevant. Prefabulous was the subject of an advertisement campaign for Clayton.com and did not relate to TRU or the facts of this case. | Sustained. 65:15-22 also should not be read. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Holdbrooks, Keith | Plaintiff-Designation | 73:22 - 74:4 | FRE401: Irrelevant: Clayton Series does not relate to TRU or the facts of this case. | Overruled. Testimony states TRU Homes is part of the Clayton Series (74:19). |
| Holdbrooks, Keith | Plaintiff-Designation | 74:10 - 74:12 | FRE401: Irrelevant: Clayton Series does not relate to TRU or the facts of this case. | Overruled. Testimony states TRU Homes is part of the Clayton Series (74:19). |
| Holdbrooks, Keith | Plaintiff-Designation | 74:16 - 75:3 | FRE401: Irrelevant: Clayton Series does not relate to TRU or the facts of this case. | Overruled. Testimony states TRU Homes is part of the Clayton Series (74:19). |
| Holdbrooks, Keith | Plaintiff-Designation | 75:12 - 75:18 | FRE401: Irrelevant: Clayton Series does not relate to TRU or the facts of this case. | Overruled. Testimony states TRU Homes is part of the Clayton Series (74:19). |
| Holdbrooks, Keith | Plaintiff-Designation | 75:23 - 75:25 | FRE401: Irrelevant: Clayton Series does not relate to TRU or the facts of this case. | Overruled. Testimony states TRU Homes is part of the Clayton Series (74:19). |
| Holdbrooks, Keith | Plaintiff-Designation | 76:2 - 76:12 | FRE401: Irrelevant: Clayton Series does not relate to TRU or the facts of this case. | Overruled. Testimony states TRU Homes is part of the Clayton Series (74:19). |
| Holdbrooks, Keith | Plaintiff-Designation | 76:14 - 77:7 | FRE401: Irrelevant: Clayton Series does not relate to TRU or the facts of this case. | Overruled. Testimony states TRU Homes is part of the Clayton Series (74:19). |
| Holdbrooks, Keith | Plaintiff-Designation | 78:23 - 79:6 | FRE401: Irrelevant. Clayton Supply is a separate corporate entity that has no involvement in the facts at issue in this lawsuit. This will be a running objection on this subject matter to avoid burden to the Court. | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |

| Witness | Designation | Page and Line Number | Objections | Ruling on Objections |
|---|---|---|---|---|
| Holdbrooks, Keith | Plaintiff-Designation | 80:1 - 80:13 | FRE401: Irrelevant. Clayton Supply is a separate corporate entity that has no involvement in the facts at issue in this lawsuit. This will be a running objection on this subject matter to avoid burden to the Court. | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Holdbrooks, Keith | Plaintiff-Designation | 80:20 - 80:22 | FRE401: Irrelevant. Clayton Supply is a separate corporate entity that has no involvement in the facts at issue in this lawsuit. This will be a running objection on this subject matter to avoid burden to the Court. | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Holdbrooks, Keith | Plaintiff-Designation | 80:24 - 80:25 | FRE401: Irrelevant. Clayton Supply is a separate corporate entity that has no involvement in the facts at issue in this lawsuit. This will be a running objection on this subject matter to avoid burden to the Court. | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Holdbrooks, Keith | Plaintiff-Designation | 83:7 - 83:19 | FRE401: Irrelevant. Clayton Supply is a separate corporate entity that has no involvement in the facts at issue in this lawsuit. This will be a running objection on this subject matter to avoid burden to the Court. | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Holdbrooks, Keith | Plaintiff-Designation | 83:23 - 83:25 | FRE401: Irrelevant. Clayton Supply is a separate corporate entity that has no involvement in the facts at issue in this lawsuit. This will be a running objection on this subject matter to avoid burden to the Court. | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |

| Witness | Designation | Page and Line Number | Objections | Ruling on Objections |
|---|---|---|---|---|
| Holdbrooks, Keith | Plaintiff-Designation | 84:2 - 85:12 | FRE401: Irrelevant. Clayton Supply is a separate corporate entity that has no involvement in the facts at issue in this lawsuit. This will be a running objection on this subject matter to avoid burden to the Court. | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Holdbrooks, Keith | Plaintiff-Designation | 86:15 - 87:3 | FRE401: Irrelevant. Clayton Supply is a separate corporate entity that has no involvement in the facts at issue in this lawsuit. This will be a running objection on this subject matter to avoid burden to the Court. | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Holdbrooks, Keith | Plaintiff-Designation | 87:6 - 87:6 | FRE401: Irrelevant. Clayton Supply is a separate corporate entity that has no involvement in the facts at issue in this lawsuit. This will be a running objection on this subject matter to avoid burden to the Court. | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Holdbrooks, Keith | Plaintiff-Designation | 87:8 - 87:12 | FRE401: Irrelevant. Clayton Supply is a separate corporate entity that has no involvement in the facts at issue in this lawsuit. This will be a running objection on this subject matter to avoid burden to the Court. | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Holdbrooks, Keith | Plaintiff-Designation | 87:14 - 87:14 | FRE401: Irrelevant. Clayton Supply is a separate corporate entity that has no involvement in the facts at issue in this lawsuit. This will be a running objection on this subject matter to avoid burden to the Court. | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |

| Witness | Designation | Page and Line Number | Objections | Ruling on Objections |
|---|---|---|---|---|
| Holdbrooks, Keith | Plaintiff-Designation | 89:1 - 89:18 | FRE401: Irrelevant. Clayton Supply is a separate corporate entity that has no involvement in the facts at issue in this lawsuit. This will be a running objection on this subject matter to avoid burden to the Court. | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Holdbrooks, Keith | Plaintiff-Designation | 89:20 - 89:21 | FRE401: Irrelevant. Clayton Supply is a separate corporate entity that has no involvement in the facts at issue in this lawsuit. This will be a running objection on this subject matter to avoid burden to the Court. | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Holdbrooks, Keith | Plaintiff-Designation | 89:23 - 89:25 | FRE401: Irrelevant. Clayton Supply is a separate corporate entity that has no involvement in the facts at issue in this lawsuit. This will be a running objection on this subject matter to avoid burden to the Court. | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Holdbrooks, Keith | Plaintiff-Designation | 90:4 - 90:6 | FRE401: Irrelevant. Clayton Supply is a separate corporate entity that has no involvement in the facts at issue in this lawsuit. This will be a running objection on this subject matter to avoid burden to the Court. | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Holzhauer, Steve | Plaintiff - Counter Designation | 12:21 - 13:4 | FRE 401/402 - Not Relevant; 12:24-13:4 | Overruled |
| Holzhauer, Steve | Plaintiff - Counter Designation | 14:17 - 14:23 | FRE 401/402 - Not Relevant | Overruled |
| Holzhauer, Steve | Plaintiff - Counter Designation | 17:1 - 17:11 | Incomplete/Failure to Designate question | Overruled, but read question at 16:25. |
| Holzhauer, Steve | Plaintiff - Counter Designation | 21:22 - 22:23 | FRE 611 Cumulative/Repetitive | Overruled |

| Witness | Designation | Page and Line Number | Objections | Ruling on Objections |
|---|---|---|---|---|
| Holzhauer, Steve | Plaintiff - Counter Designation | 23:3 - 23:12 | FRE 401/402 - Not Relevant | Overruled |
| Holzhauer, Steve | Plaintiff - Counter Designation | 24:5 - 25:16 | FRE 401/402 - Not Relevant | Overruled |
| Holzhauer, Steve | Plaintiff - Counter Designation | 26:7 - 26:19 | FRE 401/402 - Not Relevant | Overruled |
| Holzhauer, Steve | Plaintiff - Counter Designation | 29:16 - 29:24 | FRE 401/402 - Not Relevant | Overruled |
| Holzhauer, Steve | Plaintiff - Counter Designation | 39:24 - 40:20 | FRE 401/402 - Not Relevant | Sustained, unless Plaintiff can show this financial testimony is relevant in the jury phase of the trial |
| Holzhauer, Steve | Plaintiff - Counter Designation | 53:15 - 53:24 | FRE 611 Cumulative/Repetitive | Overruled |
| Holzhauer, Steve | Plaintiff - Counter Designation | 59:12 - 60:4 | FRE 401/402 - Not Relevant | Overruled |
| Holzhauer, Steve | Plaintiff - Counter Designation | 60:19 - 61:3 | Incomplete - Designation does not include a question | Overruled if Question (lines 8-9) is added. |
| Holzhauer, Steve | Plaintiff - Counter Designation | 62:14 - 63:3 | FRE 401/402 - Not Relevant | Overruled |
| Holzhauer, Steve | Plaintiff - Counter Designation | 64:12 - 64:15 | FRE 401/402 - Not Relevant | Overruled |
| Holzhauer, Steve | Plaintiff - Counter Designation | 72:15 - 72:18 | Incomplete -- should include 72:20 as well | Add 72:20 |
| Holzhauer, Steve | Plaintiff - Counter Designation | 82:3 - 82:11 | FRE 611 Cumulative/Repetitive | Overruled |
| Holzhauer, Steve | Plaintiff - Counter Designation | 83:6 - 83:17 | FRE 401/402 - Not Relevant; Incomplete - Fails to include question | Overruled if Question is added. |

| Witness | Designation | Page and Line Number | Objections | Ruling on Objections |
|---|---|---|---|---|
| Kennedy, Grant | Plaintiff Counter Designation | 112:13 - 112:19 | FRE408. Depending on how the Court rules on the pending Motion in Limine regarding the settlement of the Preliminary Injunction Motion, this topic may be excluded from evidence at the liability stage of the case | Overruled. Testimony refers to name change but not the reason for the change. |
| Kennedy, Grant | Defendants-Designation | 23:22-24:3 | FRE 801. Hearsay | Sustained |
| Kennedy, Grant | Defendants-Designation | 35:15-35:19 | FRE 801. Hearsay | Sustained |
| Kennedy, Grant | Defendants-Designation | 138:7-138:10 | FRE 801. Hearsay | Sustained |
| Kennedy, Grant | Defendants-Designation | 54:14-55:1 | FRE 801. Hearsay | Sustained |
| Kennedy, Grant | Plaintiff Counter Designation | 38:9 - 38:11 | FRE401. Improper. Irrelevant. This is a lawyer objection/comment not witness testimony or evidence | Overruled, but 38:12 should be added. |
| Kennedy, Grant | Plaintiff Counter Designation | 72:17 - 73:8 | FRE408. Depending on how the Court rules on the pending Motion in Limine regarding the settlement of the Preliminary Injunction Motion, this topic may be excluded from evidence at the liability stage of the case. | Sustained, but only as to lines 72:20-24. Otherwise, overruled. |
| Kennedy, Grant | Plaintiff Counter Designation | 76:7 - 76:19 | FRE408. Depending on how the Court rules on the pending Motion in Limine regarding the settlement of the Preliminary Injunction Motion, this topic may be excluded from evidence at the liability stage of the case. | Overruled. Testimony refers to name change but not the reason for the change. |
| Kennedy, Grant | Plaintiff Counter Designation | 109:24 - 110:3 | FRE408. Depending on how the Court rules on the pending Motion in Limine regarding the settlement of the Preliminary Injunction Motion, this topic may be excluded from evidence at the liability stage of the case. | Overruled. Testimony refers to name change but not the reason for the change. |

| Witness | Designation | Page and Line Number | Objections | Ruling on Objections |
|---|---|---|---|---|
| | | | | |
| Kennedy, Grant | Plaintiff Counter Designation | 74:20 - 74:23 | FRE408. Depending on how the Court rules on the pending Motion in Limine regarding the settlement of the Preliminary Injunction Motion, this topic may be excluded from evidence at the liability stage of the case. | Overruled. Testimony refers to name change but not the reason for the change. |
| Kennedy, Grant | Plaintiff Counter Designation | 75:2 - 75:8 | FRE408. Depending on how the Court rules on the pending Motion in Limine regarding the settlement of the Preliminary Injunction Motion, this topic may be excluded from evidence at the liability stage of the case. | Overruled. Testimony refers to name change but not the reason for the change. |
| Kennedy, Grant | Plaintiff Counter Designation | 111:9 - 111:15 | FRE408. Depending on how the Court rules on the pending Motion in Limine regarding the settlement of the Preliminary Injunction Motion, this topic may be excluded from evidence at the liability stage of the case. | Without reviewing the exhibit, the Court cannot determine if the email at issue discusses the reason for the mark change or simply that the witness was directed to make the change. The testimony will be admitted unless Defendants establish the email discloses the reason for the mark change. |
| Pederson, Rumia | Plaintiff - Counter Designation | 11:21 - 12:1 | FRE 401/402 - Not Relevant | Overruled |

| Witness | Designation | Page and Line Number | Objections | Ruling on Objections |
|---|---|---|---|---|
| Pederson, Rumia | Plaintiff - Counter Designation | 27:20 - 27:22 | Incomplete without 27:23-28:3 | Either add the rest of the answer or simply limit the designation to "No" on line 22. |
| Pederson, Rumia | Plaintiff - Counter Designation | 37:12 - 38:4 | FRE 401/402 - Not Relevant | Overruled |
| Pederson, Rumia | Plaintiff - Counter Designation | 38:7 - 39:21 | FRE 611 Cumulative/Repetitive; 38:7-38:22. Cf. pp. 18-19 | Overruled |
| Pederson, Rumia | Plaintiff - Counter Designation | 41:6 - 41:23 | FRE 611 Cumulative/Repetitive; See designations at pp. 11, 24 | Overruled |
| Pederson, Rumia | Plaintiff - Counter Designation | 44:2 - 44:25 | FRE802. Hearsay; Speculative | Overruled |
| Pederson, Rumia | Plaintiff - Counter Designation | 46:3 - 46:15 | Speculative Lack of Authentication | Sustained |
| Pederson, Rumia | Plaintiff - Counter Designation | 47:1 - 48:6 | Calls for Speculation (through 48:2) | Sustained |
| Ponce, Linda | Plaintiff- Designation | 4:23 – 5:18 | FRE 401, irrelevant at the liability phase of trial | Overruled |
| Ponce, Linda | Plaintiff- Designation | 8:5-8:7 | FRE 401, irrelevant at the liability phase of trial | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Ponce, Linda | Plaintiff- Designation | 8:20-8:24 | FRE 401, irrelevant at the liability phase of trial | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Ponce, Linda | Plaintiff- Designation | 8:25-9:3 | FRE 401, irrelevant at the liability phase of trial | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |
| Ponce, Linda | Plaintiff- Designation | 10:7-10:10 | FRE 401, irrelevant at the liability phase of trial | Sustained. This ruling is without prejudice to Plaintiff articulating the relevance of the testimony. |

| Witness | Designation | Page and Line Number | Objections | Ruling on Objections |
|---|---|---|---|---|
| Travis, Christopher - Vol I | Plaintiff - Counter Designation | 12:13 - 12:18 | FRE 401/402 - Not Relevant | Overruled |
| Travis, Christopher - Vol I | Plaintiff - Counter Designation | 13:17 - 13:21 | FRE 401/402 - Not Relevant | Overruled |
| Travis, Christopher - Vol I | Plaintiff - Counter Designation | 16:23 - 17:5 | FRE 401/402 - Not Relevant | Overruled |
| Travis, Christopher - Vol I | Plaintiff - Counter Designation | 22:9 - 23:2 | Incomplete - Designation does not include question | Sustained. Start designation at 21:24 |
| Travis, Christopher - Vol I | Plaintiff - Counter Designation | 28:16 - 28:25 | FRE 401/402 - Not Relevant | Overruled |
| Travis, Christopher - Vol I | Plaintiff - Counter Designation | 29:22 - 29:23 | FRE 401/402 - Not Relevant | Overruled |
| Travis, Christopher - Vol I | Plaintiff - Counter Designation | 50:1 - 51:6 | Incomplete without 51:7-15 | Sustained. Add the rest of the answer |
| Travis, Christopher - Vol I | Plaintiff - Counter Designation | 62:3 - 62:13 | Incomplete -- fails to designate question at 61:24-62:2 | Sustained. Add the question. |
| Travis, Christopher - Vol I | Plaintiff - Counter Designation | 73:11 - 73:23 | FRE 611 Cumulative/Repetitive; See 74:2-25 | Overruled |
| Travis, Christopher - Vol II | Plaintiff - Counter Designation | 99:24 - 100:8 | FRE 401/402 - Not Relevant | Overruled |
| Travis, Christopher - Vol II | Plaintiff - Counter Designation | 101:3 - 101:6 | FRE 401/402 - Not Relevant | Overruled |
| Travis, Christopher - Vol II | Plaintiff - Counter Designation | 112:16 - 113:3 | Incomplete without 113:4-10 | Sustained. Add 113:4-10. |
| True, Adam | Plaintiff - Counter Designation | 13:23 - 14:3 | FRE 401/402 - Not Relevant | Overruled |
| True, Adam | Plaintiff - Counter Designation | 19:17 - 19:23 | FRE 401/402 - Not Relevant | Overruled |

| Witness | Designation | Page and Line Number | Objections | Ruling on Objections |
|---|---|---|---|---|
| True, Adam | Plaintiff - Counter Designation | 24:6 - 24:14 | FRE 401/402 - Not Relevant | Overruled |
| True, Adam | Plaintiff - Counter Designation | 28:11 - 28:21 | FRE 401/402 - Not Relevant | Overruled |
| True, Adam | Plaintiff - Counter Designation | 42:8 - 42:17 | FRE 611 Cumulative/Repetitive | Overruled |
| True, Adam | Plaintiff - Counter Designation | 42:23 - 43:17 | FRE 611 Cumulative/Repetitive; FRE401/402 - Not Relevant | Overruled |
| True, Adam | Plaintiff - Counter Designation | 50:15 - 51:15 | FRE 611 Cumulative/Repetitive; FRE401/402-Not Relevant (50:15-22, 51:9-11) | Overruled |

**SO ORDERED, ADJUDGED AND DECREED**

Signed: March 24, 2021

Kenneth D. Bell
United States District Judge