IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
STATESVILLE, NC
APR 1 2021
U.S. District Court
Western District of N.C.

| | |
|---|---|
| True Homes, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:18cv345-KDB-DCK |
| CMH Manufacturing, Inc. and CMH Homes, Inc., | ) ) ) ) |
| Defendants. | ) |

## VERDICT

1. Did Defendant CMH Manufacturing, Inc. or CMH Homes, Inc. infringe Plaintiff's TRUE HOMES trademark by use of the mark TRU HOMES?

   Answer Yes or No __NO__

2. Did Defendant CMH Manufacturing, Inc. or CMH Homes, Inc. infringe Plaintiff's TRUE HOMES trademark by its use of the mark TRU?

   Answer Yes or No __NO__

If you answered "No" to Questions 1 and 2, do not answer Question 3.

3. Did Defendant CMH Manufacturing, Inc. or CMH Homes, Inc. engage in an Unfair Method of Competition or Unfair or Deceptive Trade Practice?

   Answer Yes or No _____

_____     __4-1-21__
Foreperson                   Date

05858883.2