# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| True Homes LLC | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:18-cv-00345-KDB-DCK |
| | ) | |
| vs | ) | |
| | ) | |
| CMH Manufacturing, Inc. | ) | |
| CMH Homes, Inc. | ) | |

DECISION BY JURY. This action having come before the Court by jury trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the jury verdict entered on April 1, 2021.

April 1, 2021

Frank G. Johns, Clerk
United States District Court